1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE HUNT, | ) 1:16-cv-01592-BAM (PC) |
|         Plaintiff, | ) ORDER DIRECTING PLAINTIFF TO FILE NOTICE CLARIFYING HIS INTENT |
|   v. | ) (ECF No. 6) |
| ANDRE MATEVOUSIAN, et al., | ) |
|         Defendants. | ) FOURTEEN-DAY DEADLINE |

Plaintiff Maurice Hunt ("Plaintiff") is a federal prisoner proceeding pro se in this civil action under <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388, 91 S. Ct. 1999 (1971).

On November 7, 2016, Plaintiff filed a motion to voluntarily dismiss the instant action (ECF No. 6). However, Plaintiff's statements in his motion make his intentions unclear, as he refers to the case number for the instant action, but at the same time refers to defendants in a separate action that Plaintiff also voluntarily dismissed (*Hunt v. Matevousian*, Case No. 1:16-cv-01560-LJO-BAM (ECF No. 7)).

Accordingly, the Court orders Plaintiff to clearly identify, by case number and defendants, the federal court actions he intends to litigate or dismiss. Plaintiff shall provide his response to the Court in writing within fourteen (14) days after service of this action. If Plaintiff

1

fails to comply with this order, the Court shall dismiss this action pursuant to Plaintiff's request for voluntary dismissal.

IT IS SO ORDERED.

Dated:   **November 9, 2016**        /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE