# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE HUNT, | ) 1:16-cv-01592-AWI-BAM (PC) |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S |
| | ) MOTION FOR VOLUNTARY DISMISSAL |
| v. | ) (ECF Nos. 6, 9, 10) |
| ANDRE MATEVOUSIAN, et al., | ) ORDER DIRECTING CLERK OF COURT |
| | ) TO CLOSE CASE AND ADJUST DOCKET |
| Defendants. | ) TO REFLECT VOLUNTARY DISMISSAL |
| | ) |

Plaintiff Maurice Hunt ("Plaintiff") is a federal prisoner proceeding pro se in this civil action under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999 (1971). Plaintiff initiated this action on October 21, 2016.

On November 7, 2016, Plaintiff filed the instant motion requesting voluntary dismissal of this action. (ECF No. 6.) However, Plaintiff's statements in his motion made his intentions unclear, as he referred to the case number for the instant action, but at the same time referred to defendants in a separate action that Plaintiff had also voluntarily dismissed (*Hunt v. Matevousian*, Case No. 1:16-cv-01560-LJO-BAM (PC)).

On November 10, 2016, the Court issued an order directing Plaintiff to clearly identify, by case number and defendants, the federal court actions he intended to litigate or dismiss. (ECF No. 7.) On November 18, 2016, Plaintiff filed another motion to voluntarily dismiss the instant action. (ECF No. 9.) On November 21, 2016, Plaintiff filed a response to the November 10, 2016 order, indicating that his intent is to dismiss the instant action. (ECF No. 10.)

Pursuant to Rule 41(a)(1)(A)(i), "a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078. No defendant has been served in this action and no defendant has filed an answer or motion for summary judgment.

Accordingly, it is HEREBY ORDERED that the Clerk shall CLOSE this case in light of the Plaintiff's voluntary dismissal of this action without prejudice under Rule 41(a).

IT IS SO ORDERED.

Dated:   November 28, 2016

_____
SENIOR  DISTRICT  JUDGE